**VICTORIA L. FRANCIS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 247-4633**
**Fax: (406) 657-6989**
**E-mail: victoria.francis@usdoj.gov**

**ATTORNEY FOR DEFENDANT**
**United States of America**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| **JAY LYTLE, a/k/a JAY ROBERT FITZPATRICK,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **CV 08-57-BLG-RFC**<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of Jay Lytle a/k/a Jay Robert Fitzpatrick against the United States may be dismissed with prejudice

as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 4 day of ~~July~~ Nov., 2009.

HELLAND LAW FIRM, PLLC

*Peter L. Helland*

Pete L. Helland

WILLIAM W. MERCER
United States Attorney

*Victoria L. Francis*

VICTORIA L. FRANCIS
Assistant U.S. Attorney
Attorney for Defendant