FILED
BILLINGS DIV.
2009 NOV 5 PM 3 13
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JAY LYTLE, a/k/a JAY ROBERT FITZPATRICK,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 08-57-BLG-RFC<br><br>**Order of Dismissal** |

Upon consideration of the Stipulation for Dismissal entered into between the parties,

IT IS HEREBY ORDERED that the claims of Jay Lytle, a/k/a Jay Robert Fitzpatrick against the United States are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 5 day of November, 2009.

Richard F. Cebull, Chief Judge
United States District Judge